UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Charles Edward Alexander,   Case No. 20-34722-KLP
                            Chapter 13

    Debtor.

## SCHEDULING ORDER

This matter came before the Court on **January 6, 2021,** on the Order to Show Cause, Counsel and/or the pro se parties[1] estimated the time necessary to conduct the evidentiary hearing in this contested matter would not exceed two hours (the "Estimated Hearing Time"). As promptly as possible, counsel must advise the Court (1) if the time necessary to conduct the hearing will exceed the Estimated Hearing Time, or (2) if a settlement is reached in this matter. To the extent that the provisions of the provisions of Richmond General Order 20-5, the provisions of this Scheduling Order shall apply.

IT IS ORDERED that the following schedule is established in this contested matter:

1.    The hearing shall be held on <u>January 26, 2021</u> (the "Hearing Date"), at <u>10:00 a.m</u>. The hearing will be conducted via **Zoom** by remote video conference **in accordance with Richmond General Order 20-5**. Persons seeking to attend or participate at the hearing must register through the following link:

https://www.zoomgov.com/meeting/register/vJIsduGqpz0pHkLQGNkUsbvGvWmZwTwS8O0

2.    On or before **5 days prior to the Evidentiary Hearing Date**, counsel for the parties shall file electronically with the Clerk a list of proposed witnesses and a list of proposed

---

[1] All references to "counsel" in this Scheduling Order shall be deemed to include any party acting pro se. All pro se parties must fulfill the requirements of counsel as those requirements are set forth in this Scheduling Order.

exhibits with copies of the proposed exhibits attached, labeled and identified numerically for Movant and alphabetically for Respondent.

      3.      On or before **10 days prior to the Evidentiary Hearing Date,** counsel shall file with the Court a Stipulation (or in lieu thereof, a joint statement that no agreement as to any uncontroverted facts could be reached).

      4.      Failure to comply with the terms of this scheduling order shall result in the imposition of appropriate sanctions, including but not limited to the entry of judgment by default and the exclusion of exhibits or witnesses at the hearing.

SO ORDERED: January 8, 2021                /s/ Keith L. Phillips
                                                                    United States Bankruptcy Judge

Copies:

Entered on Docket: January 11, 2021

Charles Edward Alexander
171 Bakers Lane
Ebony, VA 23845

James E. Kane
Kane & Papa, PC
P.O. Box 508
Richmond, VA 23218-0508

David Tatum
d/b/a Tatum Body Shop
1200 W Danville St
South Hill, VA 23970

John M. Janson
830 West High Street
South Hill, VA 23970